THE PEOPLE OF THE STATE OF NEW YORK ex rel. MURRAY MICHAELSON, Appellant, against WARDEN OF THE CIVIL PRISON, BROOKLYN, Respondent.

Argued November 21, 1950; decided December 1, 1950.

*David F. Price* for appellant.

*Miles F. McDonald, District Attorney* (*Aaron E. Koota* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEWIS, CONWAY, DYE and FROESSEL, JJ. LOUGHRAN, Ch. J., DESMOND and FULD, JJ., dissent on the ground there is nothing in the record to justify the fixing of bail at $50,000.